IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARL CALHOUN, II,<br><br>　　Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL'S OFFICE,<br><br>　　Defendant. | §§§§§§§§§§§<br><br>Civil Action No. 4:14-cv-867-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 6. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is hereby **DENIED**. Plaintiff's complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless he pays to the Clerk of Court the filing and administrative fees within seven (7) days after this order.

**SO ORDERED** on this **19th day** of **November, 2014.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**